UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK Attorney: THE MARKS LAW FIRM PC.

LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

                    Plaintiff(s)

- against -

THE QUEEN'S TREASURES, INC.

                    Defendant(s)

Index # 21-CV-762 MKB-RLM

Purchased February 12, 2021

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 25, 2021 at 09:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET on THE QUEEN'S TREASURES, INC. therein named,

**SECRETARY OF STATE** a Foreign corporation by delivering thereat one true copy to SUE ZOUKY, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 307 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 65 | 5'2 | 130 |

Sworn to me on: March 1, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

**STEVEN C. AVERY**

Invoice #: 759700

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045

---

LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

                Plaintiff(s)

- against -

THE QUEEN'S TREASURES, INC.

                Defendant(s)

Index # 21-CV-762 MKB-RLM

Purchased February 12, 2021

Mail Date February 26, 2021

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 26, 2021 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET to THE QUEEN'S TREASURES, INC. at

214 NINTH ST
HONESDALE, PA

Copy was mailed REGISTERED MAIL-RETURN RECEIPT REQUESTED, RECEIPT #RA604889376US and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Also mailed a notice that the N. Y. Secretary of State was served with the legal documents herein described and tendered the statutory fee.

Sworn to me on:  February 26, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County |
| Commission Expires November 26, 2023 | Commission Expires April 11,2023 | Commission Expires April 3, 2023 |

**CHRISTOPHER J. KLEIN**
License #: 1188546
Invoice #: 759700

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045

| Registered No. | | Date Stamp |
|---|---|---|
| RA604889376US | | 0005 77 |

| | | |
|---|---|---|
| Postage $ $2.30 | Extra Services & Fees (continued) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ $12.90 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ $2.85 | | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees $ | |
| ☐ Restricted Delivery $0.00 | | |
| Customer Must Declare Full Value $ $0.00 | Received by 02/26/2021 | Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse). |

OFFICIAL USE

**FROM:** UNITED PROCESS SERVICE, INC.
225 BROADWAY, SUITE 440
NEW YORK, NY 10007

**TO:** The Queen's Treasures, Inc.
214 Ninth St
Honesdale, PA 18431

PS Form 3806, Registered Mail Receipt          Copy 1 - Customer
April 2015, PSN 7530-02-000-9051              (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®